IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRYAN THEUS, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 1:16-CV-2228-AT |
| ABS FRANCHISING, LLC, and | : |
| BYRON SCHOEPF, | : |
| | : |
| Defendants. | : |

**ORDER**

This Fair Labor Standards Act matter is before the Court on the parties' Amended Joint Motion to Approve Settlement and Dismiss Action with Prejudice, along with their proposed Settlement Agreement [Doc. 54]. The parties had previously moved for approval of their Settlement Agreement, and the Court then requested clarification from the parties regarding the calculation of the settlement award. The parties filed the current motion in response to the Court's request. The Court has reviewed the current motion and the proposed Settlement Agreement for adequacy consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on this review, the Court finds that the Settlement Agreement constitutes a fair, reasonable, and adequate resolution of this action. Accordingly, the Court **GRANTS** the parties' joint

motion [Doc. 54] and **APPROVES** the Settlement Agreement. The case is hereby **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED** this 20th day of June, 2017.

_____
**Amy Totenberg**
**United States District Judge**